IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARIO BERNARD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PHILLIPS & COHEN ASSOCIATES, LTD., et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 20-4587 |

## ORDER

**AND NOW**, this 26th day of April 2021, upon consideration of Plaintiff Dario Bernard's Notice of Dismissal upon settlement of this matter between the parties (Doc. No. 9), it is **ORDERED** as follows:

1. The action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.